```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 51670
   AGNES R GREEN
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7144


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 10/13/2005 and was confirmed 03/30/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.62% from remaining funds.

    The case was paid in full 12/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO PARKING   UNSECURED           1070.86          .00         156.01
CAPITAL ONE               UNSECURED            938.54          .00         136.74
MIDLAND CREDIT MANAGEMEN  UNSECURED            440.12          .00          64.13
MIDLAND CREDIT MANAGEMEN  UNSECURED            214.87          .00          31.30
CRESCENT RECOVERY LLC     UNSECURED OTH       4045.73          .00         593.55
TARGET NATIONAL BANK      UNSECURED            359.75          .00          52.41
WORLD FINANCIAL NETWORK   UNSECURED            202.84          .00          29.55
RESURGENT CAPITAL SERVIC  UNSECURED            757.56          .00         110.37
AFNI INC                  UNSECURED         NOT FILED          .00            .00
CHEVY CHASE BANK          UNSECURED         NOT FILED          .00            .00
CITI BP OIL               UNSECURED         NOT FILED          .00            .00
CITGO OIL                 UNSECURED         NOT FILED          .00            .00
CREDIT COLLECTION SERVIC  UNSECURED         NOT FILED          .00            .00
CROSS COUNTRY BANK        UNSECURED         NOT FILED          .00            .00
DIVERSIFIED ADJUSTMENT B  UNSECURED         NOT FILED          .00            .00
EVERGREEN PROF RECOVERIE  UNSECURED         NOT FILED          .00            .00
GEMB JCPENNY              UNSECURED         NOT FILED          .00            .00
HSBC/BEST BUY             UNSECURED         NOT FILED          .00            .00
KAY JEWELERS              UNSECURED         NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED         NOT FILED          .00            .00
MITSUBISHI MOTORS CREDIT  UNSECURED         NOT FILED          .00            .00
NCO COLLECTION AGENCY     UNSECURED         NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED          .00            .00
RJM AQUISITIONS FUNDING   UNSECURED         NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT         5.20           .00           5.20
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                           220.74
DEBTOR REFUND             REFUND                                             50.00

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 51670 AGNES R GREEN
```

```
--------------------------------------------------------------------------------
TRUSTEE                                      3,650.00

PRIORITY                                                              5.20
SECURED                                                                .00
UNSECURED                                                         1,174.06
ADMINISTRATIVE                                                    2,200.00
TRUSTEE COMPENSATION                                                220.74
DEBTOR REFUND                                                        50.00
                                         ---------------    ---------------
TOTALS                                       3,650.00            3,650.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 05 B 51670 AGNES R GREEN